THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD T. O'LOUGHLIN, as Register of the County of Kings, Appellant, *v.* THE BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW YORK et al., Respondents.

*People ex rel. O'Loughlin* v. *Board of Estimate, etc., N. Y. City,* 167 App. Div. 76, affirmed.

(Argued May 27, 1915; decided September 28, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 9, 1915, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendants to transfer the sum of $18,000 appropriated by the board of estimate for the payment of salaries of fifteen clerks in the office of the register of the county of Kings to the use or purpose of providing a fund for the payment of extra copyists in the office of the register of the county of Kings at the rate of five cents per folio, and requiring the defendants to take such other and further action as may be necessary to provide a fund for the payment of copyists at the rate of five cents per folio in the said office of the register of the county of Kings to the extent of $18,000 in all.

*Jesse Fuller, Jr.,* for appellant.

*Frank L. Polk, Corporation Counsel* (*Thomas F. Magner* and *George A. Green* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.